# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND GARNER, | CASE NO. 1:10-cv-01631-AWI-SMS |
| Plaintiff, | |
| v. | ORDER DIRECTING PLAINTIFF TO CONFIRM FORM OF PROPOSED SECOND AMENDED COMPLAINT |
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al., | |
| | (Docs. 20 and 34) |
| Defendants. | |
| _____/ | |

Plaintiff Leland Garner has moved for leave to amend his complaint to add claims for declaratory relief, malicious prosecution, and intentional infliction of emotional distress, and to add George S. Arata, a party necessary to his malicious prosecution and intentional infliction of emotional distress claims, as a defendant.  Defendant Nationwide Mutual Insurance Company opposes the motion.

In its responding brief, Defendant asserted that it could not meaningfully respond to that portion of Plaintiff's motion seeking to add a cause of action for a declaratory judgment since the second amended complaint omitted a cause of action for breach of contract included in the first amended complaint.  Defendant noted that it was unclear whether the omission was intentional or

1

inadvertent. Because Plaintiff did not file a reply brief or otherwise respond to Defendant's observation, the Court assumed that, as filed with the Court, the proposed second amended complaint accurately set forth Plaintiff's intent. Upon closer examination of the proposed second amended complaint in the course of addressing Plaintiff's motion, however, the Court found that the caption and content of the second amended complaint suggested that the omission of the breach of contract claim may have been inadvertent.

In the interests of justice and judicial economy, the Court hereby ORDERS

1. On or before April 27, 2011, Plaintiff shall either (1) advise this Court in writing that the second amended complaint is correct as previously filed, or (2) submit a corrected second amended complaint including the apparently omitted cause of action for breach of contract.

2. If Plaintiff elects to submit a corrected second amended complaint, no changes other than the correction of the omitted cause of action for breach of contract shall be permitted without further order of this Court.

3. If Plaintiff advises the Court that the second amended complaint is correct as previously filed, the Court shall proceed to address Plaintiff's motions, and no further action by either party shall be necessary with regard to the pending motions to amend and to remand.

4. If Plaintiff submits a corrected second amended complaint including the omitted cause of action for breach of contract, each party may submit a supplemental brief on or before May 11, 2011, addressing matters relevant to the breach of contract claim and its relation to the proposed amendment. Each party may then submit a

brief responding to its opponent's supplemental brief on or before May 18, 2011.

The matter shall them be deemed submitted for decision pursuant to Local Rule 230(h) (Fed. R. Civ. P. 78).

IT IS SO ORDERED.

**Dated:      April 16, 2011**                          /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE