1
2
3
4
5
6
7

## THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LELAND GARNER,<br><br>         Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE C OMPANY, ALLIED INSURANCE COMPANY, and DOES 1-100,<br><br>         Defendants. | CASE NO. 1:10-CV-1631-AWI-SMS<br><br>**SECOND ORDER MODIFYING FIRST ORDER MODIFYING SCHEDULING CONFERENCE ORDER DATES PURSUANT TO STIPULATION OF THE PARTIES (Doc. 61)**<br><br>*Sandra M. Snyder,*<br>*U.S. Magistrate Judge* |

Good cause appearing, pursuant to the [Second] Stipulation of the parties (Doc. 61), the deadline dates set forth in the [First] Order Modifying Scheduling Conference Order entered on March 8, 2012 (Doc. 60), are hereby modified as follows:

| **DEADLINE:** | **NEW:** | **OLD:** |
|---|---|---|
| Expert Disclosures: | 7/9/12 | 6/29/12 |
| Supplemental Expert Disclosures | 8/14/12 | 7/30/12 |
| Non-Expert Discovery: | 7/29/12 | 6/29/12 |

///

//

/

However, the following deadline dates remain the **SAME** as previously set:

| | | |
|---|---|---|
| Expert Discovery: | 8/29/12 | 8/29/12 |
| Non-Dispositive Motions Filing: | 8/29/12 | 8/29/12 |
| Dispositive Motion Filing: | 8/31/12 | 8/31/12 |
| Pretrial Conference: | 9/14/12, 8:30 AM, Ctrm. 2/**AWI** | |
| Jury Trial (10-12 days): | 10/30/12, 8:30 AM, Ctrm. 2/**AWI** | |

IT IS SO ORDERED.

Dated:   **May 22, 2012**                    **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE