# THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LELAND GARNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, ALLIED INSURANCE COMPANY, and DOES 1-100,<br><br>　　　　Defendants. | CASE NO. 1:10-CV-1631-AWI-SMS<br><br>**THIRD ORDER MODIFYING SECOND ORDER MODIFYING FIRST ORDER MODIFYING SCHEDULING CONFERENCE ORDER DATES PURSUANT TO STIPULATION OF THE PARTIES (Doc. 65)**<br><br>*Sandra M. Snyder,*<br>*U.S. Magistrate Judge* |

　　　Good cause appearing, pursuant to the [Third] Stipulation of the parties (Doc. 65), the deadlines set forth in the [Second] Order Modifying Scheduling Conference Order entered on March 22, 2012 (Doc. 62), are hereby modified as follows:

| **DEADLINE:** | **NEW:** | **OLD:** |
|---|---|---|
| Expert Disclosures: | 10/15/12 | 7/9/12 |
| Supplemental Expert Disclosures: | 11/5/12 | 8/14/12 |
| Non-Expert Discovery Deadline: | 10/30/12 | 7/29/12 |
| Expert Discovery Deadline: | 11/16/12 | 8/29/12 |
| Non-Dispositive Motion Filing: | 11/30/12 | 8/29/12 |

| **DEADLINE:** | **NEW:** | **OLD:** |
|---|---|---|
| Dispositive Motion Filing: | 12/14/12 | 8/31/12 |
| Pretrial Conference: (Judge Ishii requires at least 7 wks. between Dispo. Mtn. & PTC) | 2/22/13 8:30 AM Ctrm. 2/**AWI** | 9/14/12 8:30 AM Ctrm. 2/**AWI** |
| Jury Trial (10-12 days): (Judge Ishii requires at least 8 wks. between PTC & JT) | 4/23/13 8:30 AM Ctrm. 2/AWI | 10/30/12 8:30 AM Ctrm. 2/**AWI** |

**NOTE:** The Court has modified the above three (3) deadline dates from the new dates proposed in the Stipulation (Doc. 65) by counsel, pursuant to the verbal agreement of counsel on June 27, 2012. Plaintiff is very ill and is not expected to live much into 2013.

IT IS SO ORDERED.

Dated:   **June 27, 2012**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE