THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LELAND GARNER,<br><br>      Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, ALLIED INSURANCE COMPANY, and DOES 1-100,<br><br>      Defendants. | CASE NO. 1:10-CV-1631-AWI-SMS<br><br>**ORDER ALLOWING MORE THAN TEN DEPOSITIONS PER SIDE PER STIPULATION OF THE PARTIES**<br><br>*Sandra M. Snyder, U.S. Magistrate Judge* |

Good cause appearing, pursuant to the Stipulation of the parties, Nationwide Mutual Insurance Company may take a total of nineteen depositions in this matter, and Leland Garner may take a total of fifteen depositions in this matter.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **February 12, 2013**          **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ALLOWING MORE THAN TEN DEPOSITIONS PER SIDE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER ALLOWING MORE THAN TEN DEPOSITIONS PER SIDE