# THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LELAND GARNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE C OMPANY, ALLIED INSURANCE COMPANY, and DOES 1-100,<br><br>　　　　Defendants. | CASE NO. 1:10-CV-1631-AWI-SMS<br><br>**ORDER ALLOWING THE DEPOSITION OF STEPHEN SOLANO TO BE TAKEN AFTER THE DISCOVERY CUT-OFF DATE**<br><br>*Sandra M. Snyder, U.S. Magistrate Judge* |

Good cause appearing, pursuant to the Stipulation of the parties, Nationwide Mutual Insurance Company may take the deposition of Stephen Solano after the discovery cut-off date of March 1, 2013, and before March 22, 2013.

**IT IS SO ORDERED.**

Dated:  3/1/2013                    /s/ SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER ALLOWING THE DEPOSITION OF STEPHEN SOLANO TO BE TAKEN AFTER THE DISCOVERY CUT-OFF DATE