THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LELAND GARNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE C OMPANY, ALLIED INSURANCE COMPANY, and DOES 1-100,<br><br>　　　　Defendants. | CASE NO. 1:10-CV-1631-AWI-SMS<br><br>**ORDER ALLOWING THE PARTIES TO TAKE EXPERT DEPOSITIONS AFTER THE EXPERT DISCOVERY DEADLINE AND TO EXTEND THE LAST DAY TO FILE DISPOSITIVE MOTIONS**<br><br>*Sandra M. Snyder, U.S. Magistrate Judge* |

　　　Good cause appearing, pursuant to the Stipulation of the parties, the parties may take expert depositions after the expert discovery deadline on the dates set forth in the Stipulation and the Court's Fourth and Final Scheduling Order is amended to extend the last day to file dispositive motions to May 31, 2013.

IT IS SO ORDERED.

　　　Dated:　**April 10, 2013**　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER ALLOWING THE PARTIES TO TAKE EXPERT DEPOSITIONS AFTER THE EXPERT DISCOVERY DEADLINE AND TO EXTEND THE LAST DAY TO FILE DISPOSITIVE MOTIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER ALLOWING THE PARTIES TO TAKE EXPERT DEPOSITIONS AFTER THE EXPERT DISCOVERY DEADLINE AND TO EXTEND THE LAST DAY TO FILE DISPOSITIVE MOTIONS