THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LELAND GARNER,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, ALLIED INSURANCE COMPANY, and DOES 1-100,<br><br>    Defendants. | CASE NO. 1:10-CV-1631-AWI-SMS<br><br>**ORDER ALLOWING THE PARTIES TO RESCHEDULE THE EXPERT DEPOSITION OF DAVID ELLERTSON, M.D.**<br><br>*Sandra M. Snyder, U.S. Magistrate Judge* |

Good cause appearing, pursuant to the Stipulation of the parties, Nationwide Mutual Insurance Company may reschedule the expert deposition of David Ellertson, M.D., to go forward on May 1, 2013, and any further minor adjustments to the expert deposition schedule in this matter do not require the parties to file a Joint Stipulation, so long as all expert depositions are completed by May 10, 2013.

**IT IS SO ORDERED.**

Dated:  4/26/2013          /s/ SANDRA M. SNYDER
                           SANDRA M. SNYDER
                           UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER ALLOWING THE PARTIES TO RESCHEDULE THE EXPERT DEPOSITION OF DAVID ELLERTSON, M.D.