THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LELAND GARNER,<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE C OMPANY, ALLIED INSURANCE COMPANY, and DOES 1-100,<br><br>  Defendants. | CASE NO. 1:10-CV-1631-AWI-SMS<br><br>**ORDER CONTINUING THE HEARING ON THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT AND DEADLINES TO FILE OPPOSITIONS AND REPLIES**<br><br>*Anthony W. Ishii, Senior U.S. District Judge* |

  Good cause appearing, pursuant to the Stipulation of the parties, the current hearing date on the parties' respective motions for partial summary judgment of July 15, 2013, is vacated and the motions will now be heard on July 29, 2013. Further, the deadline for the parties to file their respective oppositions is July 15, 2013, and the deadline for the parties to file their respective replies is July 22, 2013.

IT IS SO ORDERED.

Dated:  June 25, 2013  
_____  
SENIOR DISTRICT JUDGE

1  
[PROPOSED] ORDER CONTINUING THE HEARING ON THE PARTIES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT