1
2
3
4
5
6
7
8
9
10

# THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LELAND GARNER, | CASE NO. 1:10-CV-1631-AWI-SMS |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| NATIONWIDE MUTUAL INSURANCE C OMPANY, ALLIED INSURANCE COMPANY, and DOES 1-100, | *Assigned to Honorable Anthony W. Ishii, Senior U.S. District Judge* |
| Defendants. | |

11
12
13
14
15
16
17

18     **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that,

19 pursuant to the written binding arbitration agreement and release of claims entered

20 into between the parties, the above-referenced action is hereby dismissed in its

21 entirety with prejudice.  Each party shall bear their own fees and costs.

22     **IT IS SO ORDERED.**

23

24 IT IS SO ORDERED.

25 Dated: __July 12, 2013__        _____

26            SENIOR  DISTRICT  JUDGE

27

28

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE