THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LELAND GARNER,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE C OMPANY, ALLIED INSURANCE COMPANY, and DOES 1-100,<br><br>    Defendants. | CASE NO. 1:10-CV-1631-AWI-SMS<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>*Assigned to Honorable Anthony W. Ishii, Senior U.S. District Judge* |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, pursuant to the written binding arbitration agreement and release of claims entered into between the parties, the above-referenced action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:  July 12, 2013                      _____

                                           SENIOR DISTRICT JUDGE

1
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE